IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Cr. No. 3:09-714 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Michael Gerod Westbrook, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's Motion to compel the Government to file a Rule 35 motion. ECF No. 262. Defendant contends that he should receive a reduction in his sentence because information he allegedly provided in a proffer statement was included in the Presentence Report (PSR) of his co-defendant, Dwayne Roderick Ross.

Defendant's contention is in error. The only mention of Defendant in his co-defendant's PSR is in the offense conduct section, which lays out the underlying circumstances of the offense.

Defendant's motion is, therefore, **denied**.

**IT IS SO ORDERED**.

                                                        s/ Cameron McGowan Currie
                                                       CAMERON McGOWAN CURRIE
                                                       UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
April 30, 2013